Jennifer Susan Bedier, Arizona Capital Representation Project, Tucson, AZ, Gregory Kuykendall, Kuykendall & Associates, Tucson, AZ, for Petitioner–Appellant.

Kent Ernest Cattani, Chief Counsel, Arizona Attorney General's Office, Phoenix, AZ, for Respondent–Appellee.

D.C. No. 4:03–cv–00229–DCB.

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Ninth Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Judge Hurwitz did not participate in the deliberations or vote as to whether the case should be taken en banc.

Stanmore Cawthon COOPER,
Plaintiff–Appellant,

v.

FEDERAL AVIATION ADMINISTRATION; Social Security Administration; U.S. Department of Transportation, Defendants–Appellees.

No. 08–17074.

United States Court of Appeals,
Ninth Circuit.

Oct. 4, 2012.

Raymond A. Cardozo, Tiffany Renee Thomas, Reed Smith LLP, San Francisco, CA, James M. Wood, Reed Smith, LLP, Oakland, CA, David J. Bird, Reed Smith LLP, Pittsburgh, PA, for Plaintiff–Appellant.

Michael Thomas Pyle, Assistant U.S. Attorney, Jennifer S. Wang, Assistant U.S. Attorney, Office of the U.S. Attorney, San Francisco, CA, Samantha Lee Chaifetz, Mark B. Stern, U.S. Department of Justice, Washington, DC, for Defendants–Appellees.

On Remand from the Supreme Court of the United States. D.C. No. 3:07–cv–01383–VRW.

Before: MYRON H. BRIGHT,*
MICHAEL DALY HAWKINS, and
MILAN D. SMITH, JR., Circuit Judges.

**ORDER**

In accordance with the mandate of the Supreme Court in *FAA v. Cooper,* —— U.S. ——, 132 S.Ct. 1441, 182 L.Ed.2d 497

---

* The Honorable Myron H. Bright, Senior Circuit Judge for the Eighth Circuit, sitting by designation.

(2012), the judgment of the district court is affirmed.